**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>  vs.<br><br>CORRECTIONAL OFFICER MILLER,<br><br>        Defendant. | No. C 07-03577 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 3) |

On July 11, 2007, plaintiff filed this pro se civil rights action. On that same day the clerk of the Court sent a notification to plaintiff that he had not paid the appropriate filing fee of $350.00 or submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days. On August 16, 2007, plaintiff submitted a motion for extension of time to file a completed application for leave to proceed in forma pauperis. (Docket No. 3)

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.29.2007\07-03577 Weaver03577_ifp-eot.wpd

Accordingly, the Court will extend the time for plaintiff to complete the in forma pauperis application and provide the accompanying certificate of funds and a six-month statement of his trust account. The application and documentation must be filed with the Court no later than **September 16, 2007**. Plaintiff must submit his accompanying documentation by the deadline, or the Court will dismiss the case without prejudice for failure to pay the filing fee.

This order terminates Docket No. 3.

DATED:    August 27, 2007

JAMES WARE
United States District Judge

Order Granting Extension of Time to file IFP Application
N:\Pro - Se\8.29.2007\07-03577 Weaver03577_ifp-eot.wpd          2