Willie Weaver
J. 91389 B-2-210
Pelican Bay State
Prison P.O. Box 7000
Crescent City, Ca.
95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666   JAN 07
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

9410019999

CASE NO: CV-07-35-
JW (PR) OFFICE OF
CLERK IN THE UNITED
STATES DISTRICT COUR
THE NORTHERN DIS
OF CALIFORNIA 450
GOLDEN GATE AVE
SAN FRANCISCO, CA