OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102<br>(415) 522-2000<br>FAX (415) 522-2176 |

# SECOND NOTICE - APPEAL FEE PAYMENT DUE

Willie Eugene Weaver
Pelican Bay State Prison   J-91389
P. O. Box 7000
Crescent City, Ca 95531-7000

**Original Due Date:**
01/09/2008

**Second Notice Date:**
2/29/2008

**Case Title:** Weaver v. Miller

**Case Number:** 5:07-cv-03577-JW

**A Notice of Appeal was filed with this Court on** 01/09/2008
The docketing fee for this appeal has not been received.

**Fee Due Date:**
01/09/2008

**Amount owed for this appeal:**
$455.00

*This fee is now more than 30 days past due.*

Please immediately send a check for $455.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $455.00**